UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA CAMPUZANO *et al.*,               :
                                        :
    Plaintiffs,                        :
                                        :
  v.                                    :   Civil Action No.: 00-2328 (RMU)
                                        :
THE ISLAMIC REPUBLIC OF IRAN *et al.*,  :
                                        :
    Defendants.                        :
                                        :
AND                                     :
                                        :
JENNY RUBIN *et al.*,                   :
                                        :
    Plaintiffs,                        :
                                        :
  v.                                    :   Civil Action No.: 01-1655 (RMU)
                                        :
THE ISLAMIC REPUBLIC OF IRAN *et al.*,  :
                                        :
    Defendants.                        :

**FILED**

**AUG 2 - 2002**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

**GRANTING THE PLAINTIFF'S (01-1655) MOTION TO CONSOLIDATE;
RESETTING PRETRIAL AND TRIAL DATES**

Upon consideration of the plaintiff's motion for consolidation,

it is this 2nd day of August 2002,

**ORDERED** that the plaintiff's motion is **GRANTED**; and it is

**FURTHER ORDERED** that case number 01-1655 shall be consolidated with case number 00-2328 and all future submissions for both cases shall be captioned with case number 00-2328 (RMU); and it is

**ORDERED** that the pretrial conference set for September 16, 2002 is vacated and reset for December 19, 2002 at 1:30 p.m., and the trial set for September 30, 2002 is vacated and reset for January 6, 2003 beginning at 10:00 a.m.; and it is

**FURTHER ORDERED** that all plaintiffs comply with the following orders issued in case number 00-2328: Order Regarding Civil Trial Procedures dated March 21, 2002; Pretrial Scheduling and Procedures Order dated March 21, 2002; and Order dated April 29, 2002 (regarding the motion for default judgment); and it is

**ORDERED** that the plaintiffs in case number 01-1655 file the motion for default judgment no later than October 1, 2002; and it is

**FURTHER ORDERED** that all plaintiffs file the pretrial report no later than December 5, 2002.

**SO ORDERED.**

---
Ricardo M. Urbina
United States District Judge