UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA CAMPUZANO, et al.<br>158 West 84th St. Apt. #2A<br>NYC, NY 10024<br><br>           Plaintiffs,<br><br>      v.<br><br>THE ISLAMIC REPUBLIC<br>      OF IRAN<br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran,<br><br>And<br><br>THE IRANIAN MINISTRY OF<br>INFORMATION AND SECURITY<br>Pasdaran Avenue<br>Golestan Yekom<br>Tehran, Iran,<br><br>And<br><br>HAMAS<br><br>And<br><br>JOHN DOES 1-99<br><br>           Defendants. | CIVIL ACTION NO.<br>00-2328 (RMU)<br><br>**FILED**<br><br>DEC 1 7 2002<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

The claims of plaintiff Sherri Wise are hereby dismissed pursuant to F.R. Civ. P. 41(a).


December 17, 2002
_____
Date

_Ricardo M. Urbina_
_____
Judge

- 4 -

42754 1 230245 00650

37