UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA CAMPUZANO,
AVI ELISHIS,
and GREGG SALZMAN,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN
(aka Iran, The Republic of Iran, Republic of Iran,
The Government of Iran, Iranian Government, and
Imperial Government of Iran),
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
and THE IRANIAN REVOLUTIONARY
GUARD,

    Defendants.

: Civil Action No.: 00-2328 (RMU)
: Document No.:   30

**FILED**

SEP 1 0 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is this _____ day of September, 2003,

**ORDERED** that judgment be and is entered on behalf of plaintiff Diana Campuzano against all defendants, jointly and severally, for compensatory damages in the amount of $18,952,725; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Avi Elishis against all defendants, jointly and severally, for compensatory damages in the amount of $12,010,882.87; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Gregg Salzman against all defendants, jointly and severally, for compensatory damages in the amount of $10,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of the plaintiffs against all defendants, except for Iran, jointly and severally, for punitive damages in the amount of $37,500,000 for each plaintiff; and it is

**ORDERED** that the plaintiffs may arrange for this Judgment and Order to be translated into Farsi and, at the plaintiffs' request, the Clerk of the Court shall cause a copy of the translated Judgment and Order and the accompanying Findings of Fact and Conclusions of Law to be transmitted to the U.S. Department of State for service upon the defendants through diplomatic channels.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge