**FILED**

MAR -9 2015

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANA CAMPUZANO,<br>AVI ELISHIS,<br>and GREGG SALZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 00-2328 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiffs' Corrected Motion to Revive Plaintiffs' Judgment of September 10, 2003 (Dkt. 67), it is hereby **ORDERED** that the motion is **GRANTED**. The Judgment entered September 10, 2003 (Dkt. 52) is revived. Pursuant to D.C. Code section 15-103, the effect and operation of the Judgment is extended for a period of twelve years from the date of this Order.

RANDOLPH D. MOSS
United States District Judge

Date: March 6, 2015